1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TIRE HANGER CORPORATION, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MY CAR GUY CONCIERGE, SERVICES, INC., a Canadian corporation, d/b/a HOIST HANGER; RICK DALEY, an individual; BRENDAN DALEY, an individual; PIERCEY NORTH, INC., a California corporation, d/b/a PIERCEY AUTOMOTIVE GROUP; PIERCEY WEST, INC., a California corporation, d/b/a PIERCEY AUTOMOTIVE GROUP; PENSKE AUTOMOTIVE GROUP, INC., a Delaware corporation; LITHIA MOTORS, INC., an Oregon corporation; GROUP 1 AUTOMOTIVE, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-00248-JVS-JEM<br>Hon. James V. Selna<br><br>**JUDGMENT BY DEFAULT AS TO DEFENDANTS MY CAR GUY CONCIERGE SERVICES, INC. d/b/a HOIST HANGER AND BRENDAN DALEY**<br><br>Date:　February 22, 2021<br>Time:　1:30 p.m.<br>Crtrm:　10C |

**JUDGMENT BY DEFAULT AGAINST DEFENDANTS MY CAR GUY CONCIERGE SERVICES, INC. d/b/a HOIST HANGER AND BRENDAN DALEY**

On January 25, 2021, Plaintiff The Tire Hanger Corporation's ("Plaintiff") Motion for Default Judgment against Defendants My Car Guy Concierge Services, Inc. d/b/a Hoist Hanger and Brendan Daley (collectively, "Defendants") was considered by the Court.  Based upon the Court's full consideration of the record including the Complaint, the pleadings, memoranda, declarations and moving papers in support of Plaintiff's Motion for Default against Defendants, the documents presented therein and throughout this action, and the oral arguments and documents submitted at the hearing, the Court finds that:

**WHEREAS** Defendant(s) were properly served in this action but have not responded to the Complaint, and they have not otherwise appeared in this action prior to the entry of Default;

**WHEREAS** Plaintiff has met all the conditions necessary for entry of default judgment pursuant to Federal Rules of Civil Procedure 55 and Local Rule 55;

**WHEREAS** Defendants have not filed an opposition to the Motion for Default Judgment;

**WHEREAS** based on the pleadings, evidence, and papers submitted, Plaintiff is entitled to damages for its cause of action for breach of the License Agreement;

**WHEREAS** based on the pleadings, evidence, and papers submitted, Plaintiff is also entitled to damages under 35 U.S.C. § 284 for reasonable royalties in regard to its cause of action for patent infringement;

**WHEREAS** in addition to the above damages, the Court also finds that this case is exceptional, and Plaintiff is granted leave to file a motion for attorneys' fees and costs under 35 U.S.C. § 284;

**WHEREAS** Plaintiff is also entitled to post-judgment interest pursuant to 28 U.S.C. § 1961(a);

/ / /

/ / /

For the foregoing reasons, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

The Motion for Default Judgment is hereby granted and Default Judgment is entered in favor of The Tire Hanger Corporation against My Car Guy Concierge Services, d/b/a Hoist Hanger, and in favor of The Tire Hanger Corporation against Brendan Daley, consisting of the following which shall be paid to The Tire Hanger within thirty (30) calendar days from the date of entry of this Order:

- Minimum Royalties from My Car Guy Concierge Services, Inc. d/b/a Hoist Hanger in the amount of $339,370;
- Reasonable Royalties from Brendan Daley, in the amount of $27,000;
- Attorneys' fees and costs, in an amount to be determined; and
- Post-judgment interest in an amount to be determined.

**IT IS FURTHER ORDERED** that no just reason exists for delay for entering this Judgment pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS FURTHER ORDERED** that the Court directs entry of this Judgment against each Defendant and that this Judgment shall be binding upon, and inure to the benefit of, the parties' respective successors and assigns.

**IT IS FURTHER ORDERED** that the jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction, modification or enforcement of this Judgment.

**IT IS SO ORDERED.**

Date: 1/28/21

_____
Hon. James V. Selna
United States District Judge